```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEREMY S. KROGER, Bar #258956
    Assistant Federal Defender
 3  2300 Tulare Street, Suite 330
    Fresno, California 93721-2226
 4  Telephone: (559) 487-5561

 5  Attorneys for Defendant
    MELISSA WILSON
 6
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES GOVERNMENT, | ) | CASE NUMBER:6:08-mj-00239-YNP |
|---|---|---|
| Plaintiff | ) | |
| | ) | STIPULATION TO CONTINUE |
| vs. | ) | STATUS CONFERENCE; and |
| | ) | ORDER THEREON |
| MELISSA WILSON, | ) | |
| Defendant | ) | |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, acting Legal Officer for the National Park Service and Defendant, MELISSA WILSON, and her Attorney of Record, Jeremy Kroger, that the status conference in the above-captioned matter currently scheduled for March 16, 2010, be continued until April 20, 2010.

Dated: March 29, 2010          By:  /s/ Susan St. Vincent
                                    SUSAN ST. VINCENT
                                    Acting Legal Officer for
                                    National Park Service


Dated: March 29, 2010          By:  /s/ Jeremy Kroger
                                    JEREMY KROGER
                                    Attorney for Defendant
                                    MELISSA WILSON

1 **\* \* \* ORDER \* \* \***

2 The Court, having reviewed the above request for a
3 continuance of the status conference currently set for March 16,
4 2010 until April 20, 2010, HEREBY ORDERS AS FOLLOWS:
5     1.    The status conference in the matter of U.S. v. Wilson,
6         shall be continued to April 20, 2010.

8 It is so ordered:

10 Dated: April 7, 2010
11         By:   /s/ Gary S. Austin
        Honorable Gary S. Austin
12         United States Magistrate Judge