```
Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0243
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT, )<br>  )<br>        Plaintiff )<br>  )<br>     vs. )<br>  )<br>  )<br>  )<br>MELISSA WILSON, )<br>  )<br>        Defendant )<br>_____) | CASE NUMBER:6:08-mj-0239-YNP<br><br>STIPULATION TO CONTINUE<br>TRIAL DATE; AND<br>ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, acting Legal Officer for the National Park Service and Defendant, MELISSA WILSON, and her Attorney of Record, Jeremy Kroger, that the trial date in the above-captioned matter currently scheduled for November 3, 2010, be continued until November 17, 2010.

Dated: September 12, 2010            /S/ Susan St. Vincent
                                     SUSAN ST. VINCENT
                                     Acting Legal Officer for
                                     National Park Service


Dated: September 12, 2010              /S/ Jeremy Kroger
                                     JEREMY KROGER
                                     Attorney for Defendant
                                     MELISSA WILSON

1

**\* \* \* ORDER \* \* \***

The Court, having reviewed the above request for a continuance of the trial currently set for November 3, 2010 until November 17, 2010, HEREBY ORDERS AS FOLLOWS:

1. The trial in the matter of U.S. v. Wilson, shall be continued to November 17, 2010.

IT IS SO ORDERED.

Dated:   September 16, 2010          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE