Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0243

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br><br>          Plaintiff<br><br>     vs.<br><br>MELISSA WILSON,<br><br>          Defendant<br>_____ | CASE NUMBER:6:08-mj-0239-YNP<br><br>STIPULATION TO VACATE<br>STATUS CONFERENCE AND SET<br>FOR PLEA AND SENTENCE, AND<br>ORDER THEREON |

   IT IS HEREBY STIPULATED by and between Susan St. Vincent, acting Legal Officer for the National Park Service and Defendant, MELISSA WILSON, and her Attorney of Record, Jeremy Kroger, that the status conference in the above-captioned matter currently scheduled for January 11, 2011, be vacated and the matter be set for change of plea and sentence on February 1, 2011.

Dated: January 10, 2011          /S/ Susan St. Vincent
                                 SUSAN ST. VINCENT
                                 Acting Legal Officer for
                                 National Park Service


Dated: January 10, 2011          /S/ Jeremy Kroger
                                 JEREMY KROGER
                                 Attorney for Defendant
                                 MELISSA WILSON

1

1
2                              **\* \* \* ORDER \* \* \***
3    The Court, having reviewed the above request to vacate the
4 status conference currently set for January 11, 2011 and set the
5 matter for change of plea and sentence on February 1, 2010,
6 HEREBY ORDERS AS FOLLOWS:
7    1.   The January 11, 2011 status conference in the matter of
8         U.S. v. Wilson, shall be vacated.
9    2.   The matter will be set for change of plea and
10        sentencing on February 1, 2011.
11 IT IS SO ORDERED.
12 Dated:   January 11, 2011            /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2